

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                          |   |                       |
|--------------------------|---|-----------------------|
|                          | § |                       |
|                          | § | No. 08-14-00185-CR    |
| IN RE:  ROSALIO B. GAMON,| § |                       |
|                          | § | AN ORIGINAL PROCEEDING|
|               Relator.   | § |                       |
|                          | § | IN MANDAMUS           |
|                          | § |                       |

## **J U D G M E N T**

The court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Julie Gonzalez, Judge of the County Court at Law No. 2 of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 30TH DAY OF JULY, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.